# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA T. BOSBY**, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 16-0596-CG-C |
| **HYDRATECH INDUSTRIES FLUID POWER, INC.**, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **Hydratech Industries Fluid Power, Inc.**, and against Plaintiff, **Angela T. Bosby**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 14th day of June, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE